**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

SHEN ZHENG                                    CIVIL ACTION NO. 26-0939-P

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

WARDEN, ET AL.                                MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's Habeas Petition (Record Document 1) is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of July, 2026.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**